1

2

3

4

5

6                           **UNITED STATES DISTRICT COURT**

7                                 **DISTRICT OF NEVADA**

8

9   LEO WALLS,                                 )
                                               )
10            Petitioner,                      )        3:12-cv-00131-LRH-WGC
                                               )
11  vs.                                        )
                                               )        **ORDER**
12  ROBERT LEGRAND, *et al.,*                  )
                                               )
13            Respondents.                     )
    _____        /

14

15          This is a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 in which petitioner, a

16  state prisoner, is proceeding *pro se*.

17          Upon review of the petition, the court has determined that the petition filed by petitioner is

18  deficient. Petitioner failed to sign the petition or a declaration under penalty of perjury, located on the

19  last page of the § 2254 habeas corpus petition form required by this court.  Petitioner will be granted an

20  opportunity to submit a signed signature page to supplement his petition.

21          **IT IS THEREFORE ORDERED** that the clerk **SHALL FILE** the petition (ECF No. 1-1).

22          **IT IS FURTHER ORDERED** that the clerk  **SHALL SEND** petitioner a blank signature page

23  of the § 2254 habeas corpus petition form.

24  ///

25  ///

26  ///

27  ///

28  ///

1    **IT IS FURTHER ORDERED** that, within **thirty (30) days** from the date of entry of this order,

2 petitioner **SHALL FILE a signature page bearing his signature on the petition and on the**

3 **declaration under penalty of perjury,** to supplement his petition for a writ of habeas corpus.

4 Petitioner's failure to comply with this order may result in the dismissal of this action.

5

6      Dated this 2nd day of April, 2012.

7

8

9                                                     _____

10                                                    LARRY R. HICKS
                                                      UNITED STATES DISTRICT JUDGE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28