UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| LEO WALLS, | ) | |
| Petitioner, | ) | 3:12-cv-00131-LRH-WGC |
| vs. | ) | **ORDER** |
| ROBERT LEGRAND, *et al.,* | ) | |
| Respondents. | ) | |

This is a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 in which petitioner, a state prisoner, is proceeding *pro se*.

Upon review of the petition, the court has determined that the petition filed by petitioner is deficient. Petitioner failed to sign the petition or a declaration under penalty of perjury, located on the last page of the § 2254 habeas corpus petition form required by this court. Petitioner will be granted an opportunity to submit a signed signature page to supplement his petition.

**IT IS THEREFORE ORDERED** that the clerk **SHALL FILE** the petition (ECF No. 1-1).

**IT IS FURTHER ORDERED** that the clerk **SHALL SEND** petitioner a blank signature page of the § 2254 habeas corpus petition form.

///

///

///

///

///

**IT IS FURTHER ORDERED** that, within **thirty (30) days** from the date of entry of this order, petitioner **SHALL FILE a signature page bearing his signature on the petition and on the declaration under penalty of perjury,** to supplement his petition for a writ of habeas corpus. Petitioner's failure to comply with this order may result in the dismissal of this action.

Dated this 2nd day of April, 2012.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE